**Electronically Filed
Supreme Court
SCWC-13-0000386
31-MAR-2016
12:32 PM**

SCWC-13-0000386

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL SHIMABUKURO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000386; CR. NO. 11-1-1686)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Wilson, JJ.,
Circuit Judge Ochiai, in place of McKenna, J., recused, and
Circuit Judge Crabtree, in place of Pollack, J., recused.)

Petitioner/Defendant-Appellant Michael Shimabukuro's

application for writ of certiorari filed on February 16, 2016 is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 31, 2016.

| John M. Tonaki and<br>William H. Jameson, Jr.<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Keith M. Kaneshiro<br>Sonja P. McCullen<br>for respondent | /s/ Michael D. Wilson |
| | /s/ Dean E. Ochiai |
| | /s/ Jeffrey P. Crabtree |

